AT A MOTION TERM OF THE
UNITED STATES BANKRUPTCY
COURT HELD IN AND FOR THE
WESTERN DISTRICT OF NEW YORK
IN BUFFALO, NEW YORK ON THE
____ DAY OF SEPTEMBER 2012

PRESENT : HON. CARL BUCKI, USBJ

In Re:                                             Docket No. 11-12227

    ALBERT S. GOTZKE and                 ***ORDER***
    JILLIAN GOTZKE

Upon the motion of Objecting to Claims of HSBC BANK NEVADA NA in the amount of $973.68 and HSBC BANK NEVADA NA in the amount of $976.45, and due proof of service having been made, and after hearing MATTHEW B. HERDZIK, JR., ESQ., Attorney for the Debtors and in support of said Motion, and LABERT J. MOGAVERO, ESQ., Chapter 13 Trustee, having no objection, and not hearing from HSBC BANK NEVADA NA on either motion,

NOW, on motion of MATTHEW B. HERDZIK, JR., ESQ., it is

ORDERED, that the claim of HSBC BANK NEVADA NA in the original amount of $976.45, being claim No. 23, be and the same hereby is reduced to *a secured claim in* the amount of $500.00 for said claim, *and an unsecured claim in the amount of $476.45;* and it is further

ORDERED, that the claim of HSBC BANK NEVADA NA in the original amount of $973.68, being claim No. 24, be and the same hereby is reduced to *a secured claim in* the amount of $500.00 for said claim, *and an unsecured claim in the amount of $473.68.* and it is further

ORDERED, that the Chapter 13 Trustee note the approved claim amount in his records.

DATED:
OCT - 9 2012

_/s/ Carl Bucki_
Honorable Carl Bucki, USBJ



FILED
OCT - 9 2012
BANKRUPTCY COURT
BUFFALO, N.Y.